**Opinion issued April 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00203-CV**

————————————

**CINDY THOMPSON, CHARLES THOMPSON,
AND CC & T INVESTMENTS, LLC, Appellants**

**V.**

**MAE LANDRY, Appellee**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Case No. 18DCV0421**

---

**MEMORANDUM OPINION**

Cindy Thompson, Charles Thompson, and CC & T Investments, LLC, have

filed a petition for permissive appeal, seeking to challenge the trial court's

interlocutory order denying their motion for summary judgment. *See* TEX. R. APP.

P. 28.3; TEX. CIV. PRAC. & REM. CODE § 51.014(d). We deny the petition for

permissive appeal and dismiss the interlocutory appeal for want of jurisdiction. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.